> **Motion DENIED.**
>
> This the 23rd day of December, 2015.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED
NOV 30 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

4:12-Cr-68-2 FL

Dear, Honorable Judge Flanagan

    I thank you for your past and present responds to my letters. Your honor inclosed with this letter are copys of the old and new Creak Cocain base of offense level. I have underline the offense level and guideline rang for sentencing, to a quantity of Cocain base of 280g, in which, I plead guilty to. The offense level is 32, with a Criminal history VI. With the two point reducion for acepting responsiblty bring to offense level 30.

    As you may recall at the evedentary hearing Mr. Kelly Green, at the time stated on record, the Goverment will not use and enhancement. With that being the case, the offense level 40, would be a misclaculation on a drug quantity of 280g.

    I bring this to your attention with the hope of reconsideration for reason explain above. Your honor, with the right offense level for the drug quantity, I plead guilty to, I would most likly qualify for a two point reducion, moveing me from offense level 30, to 28.

    The offense level 40, can not be used for a Creak Cocain quantity of 280g.