FILED

JUL 19 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

United States District Court
for the
Eastern District of North Carolina

68-FL-2

Donald Elbert Lewis,       )
        Defendant          )
                           )
                           )
V.                         )
                           )
                           )
United States of America)

Case No: 4:12-CR-2~L
USM: 56402-056
Pro Se

July 16, 2016

RE: 782 Amendment Reduction

In accordance with 782 Amendment (2 Points Reduction Act) Defendant moves this court under the provisions of Congress and the 782 (2 Points Reduction Act) Amendment for the two points reduction in term of imprisonment. This court's previous denial of two points reduction is based upon circumstances related to Certificate of Appealability for 28 U.S.C. 2255, not the 782 Drug Amendment. The intent of Congress is for qualified applicants to receive 2 points reduction in their current sentence if otherwise qualified. Defendant is qualified for the two points reduction.

Sincerely,

Donald Lewis

Donald Elbert Lewis

7-16-2016

CC: 3 copies to court